**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **JASON DOVE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:16-cv-00413-JTM-SLC |
| | ) |
| **DONALD LAUER,** *Dekalb County* | ) |
| *Sheriff*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is a motion to amend complaint (DE 16) filed by Plaintiff Jason Dove, seeking to clarify the claims in his original complaint. Defendants have not filed a response to the motion, and their time to do so has now passed. The last date for Plaintiff to seek leave to amend his complaint is February 17, 2017 (DE 15), and thus, Plaintiff's motion is timely. Because Defendants do not oppose the motion, and because the Court should "freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2), Plaintiff's motion to amend (DE 15) is GRANTED. The Clerk is DIRECTED to show Plaintiff's First Amended Complaint (DE 15-1) filed.

Also before the Court is Defendants' motion for extension (DE 18), requesting that Defendants be afforded up to and including 21 days after the Court rules on Plaintiff's motion to amend, to answer or otherwise respond to Plaintiff's amended complaint. Defendants represent that Plaintiff does not object to the requested extension. (DE 18 ¶ 6). The motion for extension (DE 18) is also GRANTED. Defendants are afforded up to and including February 27, 2017, to answer or otherwise respond to Plaintiff's First Amended Complaint.

SO ORDERED. Dated this 6th day of February 2017.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge