UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JASON DOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO.: 1:16-CV-413 |
| v. ) | |
| ) | |
| DEKALB COUNTY SHERIFF DONALD, ) | |
| LAUER, QUALITY CORRECTIONAL CARE, ) | |
| LLC, AND NURSE BLAIR, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF MEDIATOR

COMES NOW the Mediator, Anthony M. Stites, and reports to the Court that the parties have resolved the above-captioned matter before mediation.

Respectfully submitted,

BARRETT MCNAGNY LLP

By: _/s/ Anthony M. Stites_____
Anthony M. Stites  #14078-71
215 East Berry Street
P. O. Box 2263
Fort Wayne, Indiana 46801
Tele:  (260)   423-9551
Fax:  (260) 423-8920
E-Mail: ams@barrettlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 27th day of February 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| David W. Frank, Esq. | Marianna P. Gerritzen, Esq. |
| Shane Mulholland, Esq. | |

/s/ Anthony M. Stites_____
Anthony M. Stites