AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JASON DOWE

                Plaintiff(s)
   v.                             **Civil Action No. 1:16-cv-413**

DONALD LAUER, *Dekalb County Sheriff*
QUALITY CORRECTIONAL CARE LLC
NURSE BLAIR LIPSEY
NURSE BLAIR, *TERMINATED: 02/06/2017*

                Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____
the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   JUDGMENT OF DISMISSAL with prejudice

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury
and the above decision was reached.

**X** decided by Judge James T. Moody

DATE:   5/2/2017                     ROBERT TRGOVICH, CLERK OF COURT
                                                     by    s/J. Schrader
                                                     *Signature of Clerk or Deputy Clerk*